B186

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 2:25-cr-90 |
| ▓▓▓▓▓▓▓▓▓▓ | ) (18 U.S.C. § 1349) |
| DEION BORDERS | ) [UNDER SEAL] |
| RICO PUE | ) |
| ▓▓▓▓▓▓▓▓▓▓ | ) |

### INDICTMENT

### COUNT ONE

The grand jury charges:

FILED

MAR 25 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

### THE CONSPIRACY AND ITS OBJECTS

1. From in and around July 2021, and continuing thereafter to in and around August 2024, in the Western District of Pennsylvania and elsewhere, the defendants, ▓▓▓▓▓▓▓▓▓▓, DEION BORDERS, RICO PUE, and ▓▓▓▓▓▓▓▓▓▓, and other individuals known and unknown to the grand jury, knowingly and willfully did conspire, combine, confederate and agree with each other to commit Bank Fraud, in violation of 18 U.S.C. § 1344(1).

### MANNER AND MEANS OF THE CONSPIRACY

2. It was part of the conspiracy that its members stole from the mail and otherwise fraudulently obtained valid checks drawn on the accounts of various businesses, organizations, and individuals, maintained at various federally insured financial institutions.

3. It was further part of the conspiracy that its members, including the defendants, ▓▓▓▓▓▓▓▓▓▓, DEION BORDERS, RICO PUE, and ▓▓▓▓▓▓▓▓▓▓, recruited individuals who would be willing to cash and deposit fraudulent checks in exchange for a share of the proceeds. Many of these check-cashers were homeless and near-homeless.

4.      It was further part of the conspiracy that its members used the stolen and fraudulently obtained checks to create fraudulent checks, drawing on the bank accounts of the victim businesses, organizations, and individuals at federally insured financial institutions. These fraudulent checks were designed to resemble valid checks of the victims but were made payable to one of the conspiracy's recruited check-cashers.

5.      It was further part of the conspiracy that its members, including the defendants, ▓▓▓▓▓, DEION BORDERS, RICO PUE, and ▓▓▓▓▓, caused these fraudulent checks to be provided to the check-cashers to whom they had been fraudulently made payable.

6.      It was further part of the conspiracy that its members, including the defendants DEION BORDERS, RICO PUE, and ▓▓▓▓▓, drove the check-cashers to the federally insured financial institutions where the victim businesses, organizations, and individuals maintained their accounts, so that the fraudulent checks could be used to fraudulently withdraw funds from those accounts.

7.      It was further part of the conspiracy that its members caused fraudulent checks drawing on the accounts of the victim businesses, organizations, and individuals to be deposited in accounts at federally insured financial institutions that were opened by recruited check-cashers or maintained by willing individuals.

8.  It was further part of the conspiracy that its members, including the defendants, ▅▅▅▅, DEION BORDERS, RICO PUE, and ▅▅▅▅, shared proceeds of the fraudulent checks among themselves.

All in violation of Title 18, United States Code, Section 1349.

A True Bill,

_____
FOREPERSON

_____
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

_____
JEFFREY R. BENGEL
Assistant United States Attorney
DC ID No. 1018621